IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 10-40078-01-RDR ) ) |
| ALLEN S. BENSON, | ) ) |
| Defendant. | ) ) |

## **PRELIMINARY ORDER OF FORFEITURE**

Before the Court is the United States' motion for a Preliminary Order of Forfeiture.

1. The Court finds that the defendant has consented to the forfeiture of his interest in the following property:

> (a) Ruger, Model Single-Six, .22 caliber revolver, bearing serial number 66-45975.

2. The Court further finds that the property identified above, was used or involved in the commission of Count 1, and accordingly the property is forfeitable pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3. Upon the entry of this Order, the United States shall post to www.forfeiture.gov, for a period of 30 consecutive days, notice of this Order, notice of the United States' intent to dispose of the property according to law, and notice that any other person, other than the defendant, having or claiming a legal interest in any of the above-listed forfeited property must file a petition with this Court within thirty days of the final publication of notice, or receipt of actual notice whichever is earlier.

4. Further, the notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under

penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in each of the forfeited properties, and any additional facts supporting the petitioner's claim and the relief sought.

5. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is identified, above, as a substitute for published notice as to those persons so notified.

6. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture.

s/Richard D. Rogers<br>
United States District Judge