IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
          Plaintiff,

          vs.           No. <u>10-40078-01-RDR</u>

ALLEN S. BENSON
          Defendant.

<u>ORDER FOR CONTINUANCE</u>

The matter comes on before the Court on the motion of the United States for an order continuing the sentencing hearing in the above-captioned matter from April 15, 2011 to a date to be determined by the Court.

In support of said motion, the United States submits:

1. The defendant's sentencing hearing is presently set on April 15, 2011, at 10:00 a.m.

2. There have been no prior continuances of the sentencing hearing.

3. Counsel for the government will be out of state on a personal family matter.

4. Defense counsel has been advised of this motion and does not object to the government's request.

The Court has considered the submission of the government, and finds the reason for the requested continuance to be sufficient for the Court to find that in the interests of justice, the case should be continued to another date from April 15th.

IT IS THEREFORE the order of the Court that the sentencing hearing in this matter be continued until April 21, 2011 at 9:30 a.m.

s/Richard D. Rogers
United States District Judge